# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| LEONARD ANTHONY CARRILLO, ) | Case No.: 13-cv-00294-GPM-PMF |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC.; ) | (Removed from the Circuit Court of |
| THE CENTER FOR TOXICOLOGY AND ) | the Twentieth Judicial Circuit, St. Clair |
| ENVIRONMENTAL HEALTH, LLC; ) | County, Illinois, Case No. 13-L-91) |
| PADUCAH & LOUISVILLE RAILWAY, ) | |
| INC.; P&L TRANSPORTATION, INC.; ) | |
| and FOUR RIVERS TRANSPORTATION, ) | |
| INC., ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a)(1), 1441, and 1446, Defendants CSX Transportation, Inc. ("CSXT"), The Center for Toxicology and Environmental Health, LLC ("CTEH"), Paducah & Louisville Railway, Inc., P&L Transportation, Inc., and Four Rivers Transportation, Inc. (collectively, "Defendants"), hereby remove this action to federal court. In support of this notice, Defendants respectfully state as follows:

1. On February 20, 2013, Plaintiff Leonard Anthony Carrillo filed a Complaint against Defendants in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, No. 13-L-91. *See* Ex. A.

2. Carrillo seeks damages from Defendants as a result of "severe[]" injuries he allegedly sustained while assisting with the clean-up of a train derailment near West Point, Kentucky. Carrillo alleges that on October 31, 2012, he was "severely injur[ed]" when "an

explosion occurred" at the derailment site.  Compl. at 3, ¶ 14.  The Complaint asserts a nearly identical count of negligence against each Defendant.

3. Also on February 20, 2013, Gregory Powers filed an identical action in the Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, No. 13-L-90.  Defendants are simultaneously removing the Powers action to this Court.

4. CSXT was served with a summons and copy of the Complaint on February 27, 2013.  CTEH was served with a summons and copy of the Complaint on February 28, 2013.  Paducah & Louisville Railway, Inc. was served with a summons and copy of the Complaint on February 25, 2013.  P&L Transportation, Inc. was served with a summons and copy of the Complaint on or about March 4, 2013.  Four Rivers Transportation, Inc. was served with a summons and copy of the Complaint on March 4, 2013.

5. Removal is timely because this Notice of Removal is being filed within thirty days of service of the summons and complaint.  *See* 28 U.S.C. § 1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

6. The Circuit Court of the Twentieth Judicial Circuit, St. Clair County, Illinois, is located within the district of the United States District Court for the Southern District of Illinois, East St. Louis Division.

7. By removing the action to this Court, Defendants do not admit any of the facts alleged in the Complaint, or waive any defenses or objections.

8. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendants are attached as Exhibit A.

9. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Carrillo and filed with the state court in which the action was filed.

**The Court Has Jurisdiction Under 28 U.S.C. § 1332(a)(1).**

10. Pursuant to 28 U.S.C. § 1332(a)(1), this Court has original jurisdiction over this civil action because there is complete diversity between the parties and the amount in controversy as to each count exceeds $75,000.

11. **Diversity.** Complete diversity exists in this action. No defendant is a citizen of Illinois, the State of which Carrillo is a citizen. Compl. ¶ 3.

   a. CSXT is incorporated in Virginia and has its principal place of business in Florida. Ex. B (Decl. of Paul Hitchcock).

   b. The constituent members of CTEH, a limited liability company, are citizens of Arkansas. Ex. C (Decl. of John E. Ross).

   c. Paducah & Louisville Railway, Inc. is incorporated and has its principal place of business in Kentucky. Ex. D (Decl. of J. Thomas Garrett).

   d. P&L Transportation, Inc. f/k/a Four Rivers Transportation, Inc. is incorporated and has its principal place of business in Delaware. Ex. E (Decl. of J. Thomas Garrett).

   e. Four Rivers Transportation, Inc. n/k/a P&L Transportation, Inc. was incorporated and had its principal place of business in Delaware. Ex. E (Decl. of J. Thomas Garrett).

12. **Amount in Controversy.** The amount in controversy as to each count exceeds $75,000. Carrillo expressly seeks damages in excess of $50,000 from each Defendant. Compl. at 5, 8, 12, 15, 19. He alleges sustaining "severe[]" injuries of a "permanent, personal, and pecuniary nature" as a result of an "explosion" that occurred when an acetylene torch allegedly ignited chemicals that the derailed train had been transporting. *E.g., id.* at 3-5, ¶¶ 14, 16.

13. On information and belief, Carrillo was hospitalized for an extended period as a result of the "explosion" and received extensive emergency medical treatment, including skin grafts, as well as follow-up care and treatment, including home healthcare.

14. Local news accounts reported that two weeks after the "explosion," Carrillo and his co-worker who was also injured were still hospitalized, one in critical condition. *See, e.g.*, Mark Boxley, *New Evacuation Starts Today*, The Courier-Journal, November 13, 2012, at B1 (Ex. F).

15. The amount-in-controversy requirement is met because it cannot be said to a "legal certainty" that the amount in controversy is less than $75,001. *Meridian Security Ins. Co. v. Sadowski*, 441 F.3d 536, 541 (7th Cir. 2006); *see also, e.g.*, *Andrews v. E.I. Du Pont De Nemours & Co.*, 447 F.3d 510, 515 (7th Cir. 2006) (finding amount in controversy met in case involving alleged "severe and permanent" injures and a damages claim "in excess of $50,000"); *Gilmore v. Bayer Corp.*, 2009 WL 4789406, at *3 (S.D. Ill. Dec. 9, 2009) (noting that "cases involving allegations of severe and permanent personal injuries" caused by a prescription drug satisfy the amount-in-controversy requirement); *Spears v. U.S. Steel Corp.*, 2009 WL 3756445, at *2-3 (S.D. Ill. Nov. 8, 2009) (denying motion to remand in case involving alleged total damages in excess of $50,000); *Sandage v. Cottrell, Inc.*, 2006 WL 2710647, at *3 (S.D. Ill. Sept. 20, 2006) (denying motion to remand in case involving multiple defendants and allegations of "severe and permanent injuries").

16. Because subject matter jurisdiction exists under 28 U.S.C. § 1332(a)(1), this action is removable pursuant to 28 U.S.C. §§ 1441 and 1446.

17. This notice of removal is being filed by all defendants to this action.

4

Dated:  March 22, 2013.

/s/ James P. McCarthy (with consent)
James P. McCarthy
David J. Page
GUNTY & MCCARTHY
150 South Wacker Drive, Suite 1025
Chicago, Illinois 60606
Telephone:  (312) 541-0022
Facsimile:  (312) 541-0033
jim.mccarthy@guntymccarthy.com
David.Page@guntymccarthy.com

*Counsel for Defendant Center for Toxicology and Environmental Health, LLC*

/s/ Kurt E. Reitz (with consent)
Kurt E. Reitz
THOMPSON COBURN LLP
525 West Main Street
Belleville, Illinois 62220
Telephone:  (618) 236-3415
Facsimile:  (618) 236-3491
kreitz@thompsoncoburn.com

*Counsel for Defendants Paducah & Louisville Railway, Inc., P&L Transportation, Inc., and Four Rivers Transportation, Inc.*

Respectfully submitted,

/s/ Charles J. Swartwout
Charles J. Swartwout
BOYLE BRASHER LLC
5000 West Main Street, P.O. Box 23560
Belleville, Illinois 62223
Telephone:  (618) 277-9000
Facsimile:  (618) 277-4594
cswartwout@boylebrasher.com

*Counsel for Defendant CSX Transportation, Inc.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2013, a true and correct copy of the foregoing was served upon the following via overnight mail:

Robert A. Clifford
Kevin P. Durkin
Colin H. Dunn
CLIFFORD LAW OFFICES
120 North LaSalle, 31st Floor
Chicago, Illinois 60602

Brad L. Badgley
BRAD L. BADGLEY, PC
26 Public Square
Belleville, Illinois 62220

*Counsel for Plaintiff*
*Leonard Anthony Carrillo*

/s/ Charles J. Swartwout
Charles J. Swartwout
BOYLE BRASHER LLC
5000 West Main Street, P.O. Box 23560
Belleville, Illinois 62223
Telephone:  (618) 277-9000
Facsimile:  (618) 277-4594
cswartwout@boylebrasher.com

*Counsel for Defendant CSX Transportation, Inc.*