# EXHIBIT A

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION**

| | |
|---|---|
| LEONARD ANTHONY CARRILLO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CSX TRANSPORTATION, INC., | ) |
| THE CENTER FOR TOXICOLOGY AND | ) |
| ENVIRONMENTAL HEALTH, L.L.C., | ) |
| PADUCAH & LOUISVILLE RAILWAY, | ) |
| INC., P & L TRANSPORTATION, INC., and | ) |
| FOUR RIVERS TRANSPORTATION, INC., | ) |
| | ) |
| Defendants. | ) |

FILED
ST. CLAIR COUNTY
FEB 2 0 2013
52   *Keleah A. Clay*
CIRCUIT CLERK

No.   13-L- 91

*Plaintiff demands a trial by jury.*

## AFFIDAVIT REGARDING DAMAGES SOUGHT

COLIN H. DUNN, being first duly sworn under oath, states as follows:

1.   That the affiant is one of the attorneys of record for the parties in this matter.

2.   That the total money damages sought in this civil action exceeds the amount of

$50,000.00.

FURTHER AFFIANT SAYETH NOT.

By: _____
COLIN H. DUNN

SUBSCRIBED AND SWORN to before me
this 18th day of February, 2013

_____
Notary Public

"OFFICIAL SEAL"
Jacqueline M. Gribbon
Notary Public, State of Illinois
My Commission Expires Jan. 16, 2014

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION

LEONARD ANTHONY CARRILLO, )
)
Plaintiff, )
)
vs. )
)
CSX TRANSPORTATION, INC., )
THE CENTER FOR TOXICOLOGY AND )
ENVIRONMENTAL HEALTH, L.L.C., )
PADUCAH & LOUISVILLE RAILWAY, )
INC., P & L TRANSPORTATION, INC., and )
FOUR RIVERS TRANSPORTATION, INC., )
)
Defendants. )

FILED
ST. CLAIR COUNTY
FEB 2 0 2013
_____
CIRCUIT CLERK
52

No.   13-L- 91

*Plaintiff demands a trial by jury.*

**COMPLAINT AT LAW**

**COUNT I**

**CSX TRANSPORTATION, INC. - NEGLIGENCE**

Plaintiff LEONARD ANTHONY CARRILLO, by and through his attorneys, CLIFFORD

LAW OFFICES, P.C., and BRAD L. BADGLEY, P.C., complaining of Defendant CSX

TRANSPORTATION, INC. (hereinafter "CSX"), states as follows:

1.      On and before October 31, 2012, Defendant CSX, by itself and/or through its

affiliates and/or wholly-owned subsidiaries, did business in Illinois, including but not limited to St.

Clair County.

2.      On and before October 31, 2012, Defendant CSX, by itself and/or through its

affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.      At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO was

a citizen of Illinois and a resident of St. Clair County, Illinois.

4.     At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO, worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5.     On October 29, 2012, one or more of the above-captioned defendants, through its employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky.  At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44.  Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.     On or about October 29, 2012, Defendant CSX, by and through its agents and/or employees, including two Managers of Hazardous Materials Systems, was in control of the scene of the derailment.

7.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS TRANSPORTATION, INC. (hereinafter "FOUR RIVERS"), Defendant PADUCAH & LOUISVILLE RAILWAY, INC (hereinafter "P & L RAILWAY"),  and/or Defendant P & L TRANSPORTATION, INC (hereinafter "P & L TRANSPORTATION") contracted with Defendant THE CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH, L.L.C. (hereinafter "CTEH") to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.     On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

9.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY,  and/or Defendant P & L TRANSPORTATION contracted with RJ

2

Corman Railroad Group to assist with the derailment clean up.

10.     On and before October 31, 2012, Defendant CSX, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff LEONARD ANTHONY CARRILLO to exercise due care and to provide him a safe place to work.

11.     On and before October 31, 2012, Defendant CSX, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff LEONARD ANTHONY CARRILLO to hire competent contractors to assist in the derailment clean up.

12.     On October 31, 2012, Defendant CTEH, through its employees and/or agents declared that the RJ Corman Railroad Group crew, including Plaintiff LEONARD ANTHONY CARRILLO, could safely begin activities at the derailment including hot work.

13.     On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that were leaking butadiene by using an acetylene cutting torch.

14.     On October 31, 2012, an explosion occurred when the acetylene torch was lit, severely injuring Plaintiff LEONARD ANTHONY CARRILLO.

15.     On October 31, 2012, Defendant CSX, through its employee and/or agents, was negligent in one or more of the following ways:

        a.     Authorized the use of the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(iv) and NFPA 51B;

        b.     Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(vi) and NFPA 51B;

        c.     Instructed the RJ Corman Railroad Group crew to use the acetylene cutting

3

torch in an area that was not fire safe;

d.  Failed to adequately monitor the atmosphere for toxic and hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff LEONARD ANTHONY CARRILLO;

e.  Failed to designate a competent person to determine that it was safe for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

f.  Failed to designate a competent person to determine that it was appropriate and/or necessary for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

g.  Failed to designate a competent person to determine that the work area was gas-free;

h.  Failed to designate a competent permit authorizing individual to approve hot work operations;

I.  Failed to designate a competent person to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

j.  Failed to designate a competent person as fire watch to stop hot work operations if unsafe conditions developed;

k.  Failed to ensure the scene was fire safe before authorizing hot work;

l.  Directed hot work to be performed in the presence of explosive atmospheres;

m.  Failed to take necessary precautions to prevent injury to Plaintiff LEONARD ANTHONY CARRILLO;

n.  Failed to warn Plaintiff LEONARD ANTHONY CARRILLO of the presence of toxic gases and/or chemicals in the area in which it knew he was performing work including hot work;

o.  Improperly hired Defendant CTEH when it knew or should have known that CTEH was not fit to perform the responsibilities for which it was hired in connection with the derailment clean up; and

p.  Was otherwise careless and negligent.

4

16.     As a direct and proximate result of the aforesaid acts and/or omissions of Defendant CSX, Plaintiff LEONARD ANTHONY CARRILLO sustained injuries of a permanent, personal, and pecuniary nature.

WHEREFORE Plaintiff LEONARD ANTHONY CARRILLO requests that this Court enter judgment against Defendant, CSX TRANSPORTATION, INC., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

## COUNT II

## THE CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH, L.L.C. - NEGLIGENCE

Plaintiff LEONARD ANTHONY CARRILLO, by and through his attorneys, CLIFFORD LAW OFFICES, P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant THE CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH, L.L.C. (hereinafter "CTEH"), states as follows:

1.     On and before October 31, 2012, Defendant CTEH, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in Illinois.

2.     On and before October 31, 2012, Defendant CTEH, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.     At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO was a citizen of Illinois and a resident of St. Clair County, Illinois.

4.     At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO, worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5

5.     On October 29, 2012, one or more of the above-captioned defendants, through its employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky.  At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44.  Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.     On or about October 29, 2012, Defendant CTEH, by and through its agents and/or employees, was in control of the scene of the derailment.

7.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY,  and/or Defendant P & L TRANSPORTATION contracted with Defendant CTEH to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.     On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

9.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION contracted with RJ Corman Railroad Group to assist with the derailment clean up.

10.    On and before October 31, 2012, Defendant CTEH, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff LEONARD ANTHONY CARRILLO to exercise due care, to perform its duties under the above-mentioned contract with due care, and to provide him a safe place to work.

11.    On and before October 31, 2012, Defendant CTEH, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff LEONARD ANTHONY CARRILLO to hire

competent employees to assist in the derailment clean up and to perform its duties under the above-mentioned contract.

12.     On October 31, 2012, Defendant CTEH, through its employees and/or agents, declared that the RJ Corman Railroad Group crew, including Plaintiff LEONARD ANTHONY CARRILLO, could safely begin activities at the derailment including hot work.

13.     On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that were leaking butadiene by using an acetylene cutting torch.

14.     On October 31, 2012, an explosion occurred when the acetylene torch was lit, severely injuring Plaintiff LEONARD ANTHONY CARRILLO.

15.     On October 31, 2012, Defendant CTEH, through its employee and/or agents, was negligent in one or more of the following ways:

a.      Authorized hot work in violation of 29 C.F.R. § 1910.252(a)(2)(iv) and NFPA 51B;

b.      Issued a permit for hot work despite the known presence of explosive atmospheres;

c.      Authorized hot work in an area that was not fire safe;

d.      Failed to adequately monitor the atmosphere for hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff, LEONARD ANTHONY CARRILLO;

e.      Failed to designate a competent person to determine that it was safe to perform hot work;

f.      Failed to accurately determine that it was appropriate and/or necessary to

7

perform hot work;

g.   Failed accurately determine that the work area was free of toxic and hazardous gases and/or chemicals;

h.   Failed adequately approve hot work operations as the permit authorizing individual;

I.   Failed to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

j.   Authorized hot work to be performed in the presence of explosive gases;

k.   Failed to take necessary precautions to prevent injury to Plaintiff LEONARD ANTHONY CARRILLO; and

l.   Failed to warn Plaintiff LEONARD ANTHONY CARRILLO of the presence of toxic and hazardous gases in the area in which he was working even though it knew that he was performing or about to perform hot work.

16.   As a direct and proximate result of the aforesaid acts and/or omissions of Defendant CTEH, Plaintiff LEONARD ANTHONY CARRILLO sustained injuries of a permanent, personal, and pecuniary nature.

WHEREFORE Plaintiff LEONARD ANTHONY CARRILLO requests that this Court enter judgment against Defendant, THE CENTER FOR TOXICOLOGY AND ENVIRONMENTAL HEALTH, L.L.C., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

## COUNT III

## PADUCAH & LOUISVILLE RAILWAY, INC. - NEGLIGENCE

Plaintiff LEONARD ANTHONY CARRILLO, by and through his attorneys, CLIFFORD LAW OFFICES, P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant PADUCAH & LOUISVILLE RAILWAY, INC. (hereinafter "P & L RAILWAY"), states as follows:

1.   On and before October 31, 2012, Defendant P & L RAILWAY, by itself and/or

8

through its affiliates and/or wholly-owned subsidiaries, did business in Illinois, including but not limited to St. Clair County.

2.     On and before October 31, 2012, Defendant P & L RAILWAY, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.     At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO was a citizen of Illinois and a resident of St. Clair County, Illinois.

4.     At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5.     On October 29, 2012, one or more of the above-captioned defendants, through its employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky.  At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44.  Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.     On or about October 29, 2012, Defendant P & L RAILWAY, by and through its agents and/or employees, was in control of the scene of the derailment.

7.     On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY,  and/or Defendant P & L TRANSPORTATION contracted with Defendant CTEH to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.     On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

9

9.      On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION contracted with RJ Corman Railroad Group to assist with the derailment clean up.

10.      On and before October 31, 2012, Defendant P & L RAILWAY, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff LEONARD ANTHONY CARRILLO to exercise due care, and to provide him a safe place to work.

11.      On October 31, 2012, Defendant P & L RAILWAY, through its employees and/or agents, declared that the RJ Corman Railroad Group crew, including Plaintiff LEONARD ANTHONY CARRILLO, could safely begin activities at the derailment including hot work.

12.      On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that were leaking butadiene by using an acetylene cutting torch.

13.      On October 31, 2012, an explosion occurred when the acetylene torch was lit, severely injuring Plaintiff LEONARD ANTHONY CARRILLO.

14.      On October 31, 2012, Defendant P & L RAILWAY, through its employee and/or agents, was negligent in one or more of the following ways:

   a.   Authorized the use of the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(iv) and NFPA 51B;

   b.   Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(vi) and NFPA 51B;

   c.   Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in an area that was not fire safe;

d.   Failed to adequately monitor the atmosphere for toxic and hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff LEONARD ANTHONY CARRILLO;

e.   Failed to designate a competent person to determine that it was safe for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

f.   Failed to designate a competent person to determine that it was appropriate and/or necessary for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

g.   Failed to designate a competent person to determine that the work area was gas-free;

h.   Failed to designate a competent permit authorizing individual to approve hot work operations;

I.   Failed to designate a competent person to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

j.   Failed to designate a competent person as fire watch to stop hot work operations if unsafe conditions developed;

k.   Failed to ensure the scene was fire safe before authorizing hot work;

l.   Directed hot work to be performed in the presence of explosive atmospheres;

m.   Failed to take necessary precautions to prevent injury to Plaintiff LEONARD ANTHONY CARRILLO;

n.   Failed to warn Plaintiff LEONARD ANTHONY CARRILLO of the presence of toxic gases and/or chemicals in the area in which it knew he was performing work including hot work;

o.   Improperly hired Defendant CTEH when it knew or should have known that CTEH was not fit to perform the responsibilities for which it was hired in connection with the derailment clean up; and

p.   Was otherwise careless and negligent.

15.   As a direct and proximate result of the aforesaid acts and/or omissions of Defendant

11

P & L RAILWAY, Plaintiff LEONARD ANTHONY CARRILLO sustained injuries of a permanent, personal, and pecuniary nature.

WHEREFORE Plaintiff, LEONARD ANTHONY CARRILLO requests that this Court enter judgment against Defendant PADUCAH & LOUISVILLE RAILWAY, INC., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

## COUNT IV

## P & L TRANSPORTATION, INC. - NEGLIGENCE

Plaintiff, LEONARD ANTHONY CARRILLO, by and through his attorneys, CLIFFORD LAW OFFICES, P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant P & L TRANSPORTATION, INC. (hereinafter "P & L TRANSPORTATION"), states as follows:

1.      On and before October 31, 2012, Defendant P & L TRANSPORTATION, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in Illinois, including but not limited to St. Clair County.

2.      On and before October 31, 2012, Defendant P & L TRANSPORTATION, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.      At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO was a citizen of Illinois and a resident of St. Clair County, Illinois.

4.      At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5.      On October 29, 2012, one or more of the above-captioned defendants, through its

12

employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky. At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44. Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.      On or about October 29, 2012, Defendant P & L TRANSPORTATION, by and through its agents and/or employees, was in control of the scene of the derailment.

7.      On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, and/or Defendant P & L TRANSPORTATION contracted with Defendant CTEH to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.      On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

9.      On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION contracted with RJ Corman Railroad Group to assist with the derailment clean up.

10.      On and before October 31, 2012, Defendant P & L TRANSPORTATION, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff LEONARD ANTHONY CARRILLO to exercise due care, and to provide him a safe place to work.

11.      On October 31, 2012, Defendant P & L TRANSPORTATION, through its employees and/or agents, declared that the RJ Corman Railroad Group crew, including Plaintiff LEONARD ANTHONY CARRILLO, could safely begin activities at the derailment including hot work.

12.      On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P &

13

L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that were leaking butadiene by using an acetylene cutting torch.

13.     On October 31, 2012, an explosion occurred when the acetylene torch was lit, severely injuring Plaintiff LEONARD ANTHONY CARRILLO.

14.     On October 31, 2012, Defendant P & L TRANSPORTATION, through its employee and/or agents, was negligent in one or more of the following ways:

a.      Authorized the use of the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(iv) and NFPA 51B;

b.      Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(vi) and NFPA 51B;

c.      Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in an area that was not fire safe;

d.      Failed to adequately monitor the atmosphere for toxic and hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff LEONARD ANTHONY CARRILLO;

e.      Failed to designate a competent person to determine that it was safe for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

f.      Failed to designate a competent person to determine that it was appropriate and/or necessary for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

g.      Failed to designate a competent person to determine that the work area was gas-free;

h.      Failed to designate a competent permit authorizing individual to approve hot work operations;

I.      Failed to designate a competent person to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

14

j.    Failed to designate a competent person as fire watch to stop hot work operations if unsafe conditions developed;

k.    Failed to ensure the scene was fire safe before authorizing hot work;

l.    Directed hot work to be performed in the presence of explosive atmospheres;

m.    Failed to take necessary precautions to prevent injury to Plaintiff LEONARD ANTHONY CARRILLO.

n.    Failed to warn Plaintiff LEONARD ANTHONY CARRILLO of the presence of toxic gases and/or chemicals in the area in which it knew he was performing work including hot work;

o.    Improperly hired Defendant CTEH when it knew or should have known that CTEH was not fit to perform the responsibilities for which it was hired in connection with the derailment clean up; and

p.    Was otherwise careless and negligent.

15.    As a direct and proximate result of the aforesaid acts and/or omissions of Defendant P & L TRANSPORTATION, Plaintiff LEONARD ANTHONY CARRILLO sustained injuries of a permanent, personal, and pecuniary nature.

WHEREFORE Plaintiff LEONARD ANTHONY CARRILLO requests that this Court enter judgment against Defendant P & L TRANSPORTATION, INC., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

## COUNT V

## FOUR RIVERS TRANSPORTATION, INC. - NEGLIGENCE

Plaintiff LEONARD ANTHONY CARRILLO, by and through his attorneys, CLIFFORD LAW OFFICES, P.C. and BRAD L. BADGLEY, P.C., complaining of Defendant FOUR RIVERS TRANSPORTATION, INC. (hereinafter "FOUR RIVERS"), states as follows:

1.    On and before October 31, 2012, Defendant FOUR RIVERS, by itself and/or through

15

its affiliates and/or wholly-owned subsidiaries, did business in Illinois, including but not limited to St. Clair County.

2.      On and before October 31, 2012, Defendant FOUR RIVERS, by itself and/or through its affiliates and/or wholly-owned subsidiaries, did business in St. Clair County, Illinois.

3.      At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO was a citizen of Illinois and a resident of St. Clair County, Illinois.

4.      At all times relevant hereto, Plaintiff LEONARD ANTHONY CARRILLO worked for RJ Corman Railroad Group at its office located at 8136 Bunkum Road, City of Caseyville, County of St. Clair, State of Illinois.

5.      On October 29, 2012, one or more of the above-captioned defendants, through its employees and/or agents, operated a train consisting of 57 cars from Paducah, Kentucky toward Louisville, Kentucky. At approximately 6:27 a.m., some of the train cars derailed near Dixie Highway and Highway 44. Some of the derailed cars contained hazardous chemicals including but not limited to butadiene.

6.      On or about October 29, 2012, Defendant FOUR RIVERS, by and through its agents and/or employees, was in control of the scene of the derailment.

7.      On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, and/or Defendant P & L TRANSPORTATION contracted with Defendant CTEH to assist in the derailment clean-up efforts including but not limited to monitoring the area and atmosphere in and around the derailment for the presence of toxic gases and chemicals.

8.      On, before, and after October 29, 2012, Defendant CTEH did and does business in the State of Illinois.

16

9. On or about October 29, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION contracted with RJ Corman Railroad Group to assist with the derailment clean up.

10. On and before October 31, 2012, Defendant FOUR RIVERS, by and through its employees and/or actual/apparent agents, owed a duty to Plaintiff LEONARD ANTHONY CARRILLO to exercise due care, and to provide him a safe place to work.

11. On October 31, 2012, Defendant FOUR RIVERS, through its employees and/or agents, declared that the RJ Corman Railroad Group crew, including Plaintiff LEONARD ANTHONY CARRILLO, could safely begin activities at the derailment including hot work.

12. On October 31, 2012, Defendant CSX, Defendant FOUR RIVERS, Defendant P & L RAILWAY, Defendant CTEH, and/or Defendant P & L TRANSPORTATION, through their employees and/or agents, instructed the RJ Corman Railroad Group crew to detach the two cars that were leaking butadiene by using an acetylene cutting torch.

13. On October 31, 2012, an explosion occurred when the acetylene torch was lit, severely injuring Plaintiff LEONARD ANTHONY CARRILLO.

14. On October 31, 2012, Defendant FOUR RIVERS, through its employee and/or agents, was negligent in one or more of the following ways:

    a. Authorized the use of the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(iv) and NFPA 51B;

    b. Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in violation of 29 C.F.R. § 1910.252(a)(2)(vi) and NFPA 51B;

    c. Instructed the RJ Corman Railroad Group crew to use the acetylene cutting torch in an area that was not fire safe;

17

d.   Failed to adequately monitor the atmosphere for toxic and hazardous gases and/or chemicals when it knew or should have known that the presence of such gases and/or chemicals posed a risk of serious injury to Plaintiff LEONARD ANTHONY CARRILLO;

e.   Failed to designate a competent person to determine that it was safe for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

f.   Failed to designate a competent person to determine that it was appropriate and/or necessary for the RJ Corman Railroad Group crew to use the acetylene cutting torch;

g.   Failed to designate a competent person to determine that the work area was gas-free;

h.   Failed to designate a competent permit authorizing individual to approve hot work operations;

I.   Failed to designate a competent person to make an adequate risk assessment of performing hot work at the scene of a flammable substance leak;

j.   Failed to designate a competent person as fire watch to stop hot work operations if unsafe conditions developed;

k.   Failed to ensure the scene was fire safe before authorizing hot work;

l.   Directed hot work to be performed in the presence of explosive atmospheres;

m.   Failed to take necessary precautions to prevent injury to Plaintiff LEONARD ANTHONY CARRILLO;

n.   Failed to warn Plaintiff LEONARD ANTHONY CARRILLO of the presence of toxic gases and/or chemicals in the area in which it knew he was performing work including hot work;

o.   Improperly hired Defendant CTEH when it knew or should have known that CTEH was not fit to perform the responsibilities for which it was hired in connection with the derailment clean up; and

p.   Was otherwise careless and negligent.

15.   As a direct and proximate result of the aforesaid acts and/or omissions of Defendant

18

FOUR RIVERS, Plaintiff LEONARD ANTHONY CARRILLO sustained injuries of a permanent, personal, and pecuniary nature.

WHEREFORE Plaintiff LEONARD ANTHONY CARRILLO requests that this Court enter judgment against Defendant FOUR RIVERS TRANSPORTATION, INC., for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000).

Respectfully submitted,

Attorneys for Plaintiff
Robert A. Clifford
Kevin P. Durkin
Colin H. Dunn
Clifford Law Offices
120 N. LaSalle - 31st Floor
Chicago, IL 60602
(312) 899-9090

Attorneys for Plaintiff
Brad L. Badgley      00090131
Brad L. Badgley, P.C.
26 Public Square
Belleville, IL 62220
(618) 235-1000

19

**MASTER RECORD SHEET**
**CIRCUIT COURT OF ST. CLAIR COUNTY**

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Case Number  13-L- 91 |
|---|---|
| | Amount Claimed  in excess of $50,000.00 |

**1.**

LEONARD ANTHONY CARRILLO

**VS**

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation Inc.

Plaintiff(s)                                                                   Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix ____L____ Code _02_____ Nature of Action ___LAW____ Code _1_____

**2.** Pltf. Atty. __Brad L. Badgley___ Code 0009013

Address ___26 Public Square___

City Belleville, IL   62220 Phone 618-235-1000

Add. Pltf. Atty. Clifford Law Offices, P.C.

Is Personal Injury Involved
☒ Yes        ☐ No

Does Pltf. Demand A Jury Trial
☒ Yes        ☐ No

(THIS DOES NOT CONSTITUTE A JURY DEMAND)

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

NAME  P &L Transportation, Inc.
Lloyd H. Kenney

ADDRESS  10322 161st Street West

CITY & STATE  Taylor Ridge, IL 61284

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS        Complete This Section For Small Claims

Please Set This Case For_____ at _____ M. On _____ 19___
Court Location

**5.**

A. Is an insurance carrier involved?        ☐ Yes        ☐ No

B. If yes please give company name:_____

**6.**

A. Is there a minor involved?        ☐ Yes        ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary        ☐ Yes        ☐ No

FILED
ST. CLAIR COUNTY
FEB 20 2013
Hubbah A. Clk
CIRCUIT CLERK
52

# SEE REVERSE FOR
# CASE CLASSIFICATIONS AND CODES

CC-MR-1

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION**

LEONARD ANTHONY CARRILLO,       )
                                )
              Plaintiff,         )
                                )
       vs.                      )
                                )       No. 13 L 91
CSX TRANSPORTATION, INC.,       )
THE CENTER FOR TOXICOLOGY AND   )
ENVIRONMENTAL HEALTH, L.L.C.,   )
PADUCAH & LOUISVILLE RAILWAY,   )
INC., P & L TRANSPORTATION, INC., and )
FOUR RIVERS TRANSPORTATION, INC.,  )       *Plaintiff demands a trial by jury.*
                                )
              Defendants.        )

FILED
ST. CLAIR COUNTY
FEB 2 0 2013
CIRCUIT CLERK

## JURY DEMAND

Plaintiff, LEONARD ANTHONY CARRILLO, demands  trial by a twelve person jury.



Attorneys for Plaintiff

CLIFFORD LAW OFFICES, P.C.
Attorneys for Plaintiff
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
(312) 899-9090

**ST CLAIR COUNTY**
**TWENTIETH CIRCUIT COURT, KAHALAH A. DIXON**

**RECEIPT #: C   000322243**          **DATE: 02-20-2013**          **TIME:** 08:59:39
**RECEIVED OF:** BADGLEY BRAD                                    **MEMO:**
   **PART. ID: 243**
   **BY CLERK:** gt
   **CHECKS: A   129569**              $458.50

| **CASH** | **CREDIT** | **CHANGE** | **OTHER** |
|----------|-----------|-----------|----------|
| $0.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|-------------|-------|-------------|---------|--------|
| · 13-L-0091 | 2023 | PMT:CFIL COMPLAINT FILING FEE | | $246.00 |
| CARRILLO VS CSX TRANSPORTATION | | | | |
| PARTY: BADGLEY BRAD | | | | |
| 13-L-0091 | 2031 | PMT:CJUR12 12 PERSON JURY FEE | | $212.50 |
| CARRILLO VS CSX TRANSPORTATION | | | | |
| PARTY: BADGLEY BRAD | | | | |
| | | **TOTAL RECEIPT...** | | $458.50 |

\*   CHECK/CHEQUE IS CONDITIONAL PAYMENT
\* PENDING RECEIPT OF FUNDS FROM BANK. \*

MASTER RECORD SHEET
**CIRCUIT COURT OF ST. CLAIR COUNTY**

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6<br>Complete 4 if Small Claims Case.<br>Sections 3, 5 & 6 For Office Use Only. | Case Number____13-L- 91 |
|---|---|
| | Amount Claimed__in excess of $50,000.00 |

**1.**

LEONARD ANTHONY CARRILLO

vs

CSX Transportation,Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation Inc.

**Plaintiff(s)**                                        **Defendant(s)**

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix _____L_____ Code ____02____ Nature of Action ___LAW____ Code__1__

**2.** Pltf. Atty. Brad L. Badgley     Code 00090131
Address  26 Public Square
City Belleville, IL  62220  Phone  618-235-1000
Add. Pltf. Atty. Clifford Law Offices Code P.C.
Is Personal Injury Involved
☒ Yes        ☐ No
Does Pltf. Demand A Jury Trial
☒ Yes        ☐ No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

**3.** TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME  The Center for Toxicology and Environmental Health, LLC
Risk Management
ADDRESS 5120 North Shore Drive
CITY & STATE  North Little Rock, AR   72118

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS    Complete This Section For Small Claims

Please Set This Case For_____ Court Location _____ at _____ M. On _____19___

**5.**

A. Is an insurance carrier involved?    ☐ Yes   ☐ No

B. If yes please give company name:_____

**6.**

A. Is there a minor involved?    ☐ Yes   ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary    ☐ Yes   ☐ No

```
FILED
ST. CLAIR COUNTY
FEB 2 0 2013
CIRCUIT CLERK
```

# SEE REVERSE FOR
# CASE CLASSIFICATIONS AND CODES

CC-MR-1

**MASTER RECORD SHEET**
**CIRCUIT COURT OF ST. CLAIR COUNTY**

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Case Number __13-L- 91__ |
|---|---|
| | Amount Claimed __in excess of $50,000.00__ |

**1.**

LEONARD ANTHONY CARRILLO

**vs**

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc.

Plaintiff(s)                                    Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix ___L___ Code __02__ Nature of Action __LAW__ Code __1__

**2.** Pltf. Atty. __Brad L. Badgley__ Code __000901__
Address __26 Public Square__
City __Belleville, IL 62220__ Phone __618-235-1000__
Add. Pltf. Atty. __Clifford Law Offices, P.C.__ Code

Is Personal Injury Involved
[X] Yes     [ ] No

Does Pltf. Demand A Jury Trial
[X] Yes     [ ] No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

NAME    CSX Transportation, Inc.
Risk Management/Corporate Creations

ADDRESS    1443 W. Belmont Ave. #C

CITY & STATE   Chicago, IL   60657

**4.** [ ] CHECK FOR SMALL CLAIMS SUMMONS    Complete This Section For Small Claims

Please Set This Case For _____ Court Location _____ at _____ M. On _____ 19_____

**5.**
A. Is an insurance carrier involved?   [ ] Yes   [ ] No

B. If yes please give company name: _____

**6.**
A. Is there a minor involved?   [ ] Yes   [ ] No

B. If yes, will the appointment of a guardian Ad Litem be necessary   [ ] Yes   [ ] No

```
FILED
ST. CLAIR COUNTY
FEB 20.2013

CIRCUIT CLERK
```

# SEE REVERSE FOR
# CASE CLASSIFICATIONS AND CODES

CC-MR-1

MASTER RECORD SHEET
**CIRCUIT COURT OF ST. CLAIR COUNTY**

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6 Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Case Number _____ 13-L- 91 |
|---|---|
| | Amount Claimed __in excess of $50,000.00 |

**1.**

LEONARD ANTHONY CARRILLO

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc.

VS

Plaintiff(s)                                            Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix ____L____ Code _02___ Nature of Action ___LAW___ Code __1__

**2.** Pltf. Atty __Brad L. Badgley__ Code __00090131__
Address _26 Public Square_
City _Belleville, IL 62220_ Phone _618-235-1000_
Add. Pltf. Atty._Clifford Law Offices, P.C._ Code
Is Personal Injury Involved
[X] Yes      [ ] No
Does Pltf. Demand A Jury Trial
[X] Yes      [ ] No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
B. NAME  Paducah & Louisville Railway, Inc.
         Risk Management
ADDRESS  200 Clark Street

CITY & STATE    Paducah, KY  42003

**4.** [ ] CHECK FOR SMALL CLAIMS SUMMONS     Complete This Section For Small Claims
Please Set This Case For_____ at _____ M. On _____ 19___
                         Court Location

**5.**
A. Is an insurance carrier involved?    [ ] Yes    [ ] No

B. If yes please give company name: _____

**6.**
A. Is there a minor involved?    [ ] Yes    [ ] No

B. If yes, will the appointment of a guardian Ad Litem be necessary    [ ] Yes    [ ] No

FILED
ST. CLAIR COUNTY

FEB 2 0 2013

CIRCUIT CLERK

# SEE REVERSE FOR
# CASE CLASSIFICATIONS AND CODES

CC-MR-1

MASTER RECORD SHEET

**CIRCUIT COURT OF ST. CLAIR COUNTY**

| Note: Pltf. Atty or Pro Se Pltf. Must Complete Sections 1,2,3,5,&6 | Case Number____13-L-__ 91 |
|---|---|
| Complete 4 if Small Claims Case. Sections 3, 5 & 6 For Office Use Only. | Amount Claimed ___in excess of $50,000.00 |

**1.**

LEONARD ANTHONY CARRILLO

**VS**

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc.

Plaintiff(s)                                    Defendant(s)

(SEE REVERSE FOR CLASSIFICATIONS AND CODES)

Classification Prefix _____L_____ Code__02__ Nature of Action _____LAW_____ Code___1

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

**2.** Pltf. Atty._Brad L. Badgley___ Code_00090133. NAME  Four Rivers Transportation, Inc
Address __26 Public Square_
City_Belleville, IL  62220_ Phone_618-235-1000
Add. Pltf. Atty._Clifford Law Offices Code_P.C._

Is Personal Injury Involved
☒ Yes        ☐ No

Does Pltf. Demand A Jury Trial
☒ Yes        ☐ No
(THIS DOES NOT CONSTITUTE A JURY DEMAND)

ADDRESS  Nemours Building - Suite 1414
1007 Orange Street
Wilmington,
CITY & STATE  Delaware     19807

**4.** ☐ CHECK FOR SMALL CLAIMS SUMMONS        Complete This Section For Small Claims

Please Set This Case For _____ at _____ M. On _____ 20 __
Court Location

**5.**

A. Is an insurance carrier involved?    ☐ Yes    ☐ No

B. If yes please give company name: _____

**6.**

A. Is there a minor involved?    ☐ Yes    ☐ No

B. If yes, will the appointment of a guardian Ad Litem be necessary    ☐ Yes    ☐ No

# SEE REVERSE FOR

# CASE CLASSIFICATIONS AND CODES

FILED
ST. CLAIR COUNTY

FEB 20 2013

CIRCUIT CLERK

CC-MR-1

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois )
                  ) S.S.
County of St. Clair )

Case Number ___13 L Q 1___

Amount Claimed ___Over $50,000.00___

LEONARD ANTHONY CARRILLO

Plaintiff(s)

VS

CSX Transportation, Inc., The Center for

Toxicology and Environmental Health, LLC,

Paducah & Louisville Railway, Inc., P & L

Transportation, Inc., and Four Rivers

Transportation, Inc.

Alias

Defendant(s)

Classification Prefix _____ Code _____   Nature of Action _____ Code _____

Pltf. Atty. Clifford Law Offices, P.C. _____ Code _____
Address 120 N. LaSalle Street, Suite 3100
City Chicago, IL 60602 _____ Phone 312-899☐
Add. Pltf. Atty. _____ Code _____

### SUMMONS COPY

To the above named defendant(s)......:

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME P & L Transportation, Inc.

ADDRESS N1007 Orange Street
Nemours Building, Suite 1414
CITY & STATE Wilmington, DE 19801

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may
be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto
attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this
summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you
for the relief prayed in the complaint.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If service
cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, ___2-27___ 20_13_

KAHALAH A. CLAY
CIRCUIT CLERK

Clerk of Court

SEAL

BY DEPUTY: _____

DATE OF SERVICE: _____ 20___
(To be inserted by officer on copy left with defendant
or other person)



I certify that I served this summons on defendants as follows:

(a)-- (Individual defendants -- personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

Name of defendant                                    Date of service

_____          _____

_____          _____

_____          _____

_____          _____

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles _____ . . . . . . . . . .$_____ |
| Total . . . . . . . . . . . . . . . . . . . . .$_____ |
| |
| _____ |
| Sheriff of _____ County |

_____, Sheriff of _____County

_____, Deputy

# CLIFFORD LAW OFFICES

 Michael S. Krzak

February 26, 2013

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: MSK@CliffordLaw.com
www.CliffordLaw.com
www.CliffordAviation.com

**VIA FEDERAL EXPRESS**

Clerk of St. Clair County
Attn: Civil Division
10 Public Square
Belleville, Illinois 622220



RE:   **Carrillo v. CSX Transportation, Inc., et al**
        Court No.: 13 1 9̶8̶ 9  |
        Our File No: 13-0005A

To whom it may concern:

Enclosed please find a First Alias Summons plus copies and a check in the amount of $5.00. Please file stamp the First Alias Summons and return the file-stamped copies to me. For your convenience, I have also enclosed a Federal Express return envelope. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Colin H. Dunn

CHD/jmg
Enclosures

ST CLAIR COUNTY
TWENTIETH CIRCUIT COURT, KAHALAH A. DIXON

**RECEIPT #: C** 000322724     **DATE:** 02-27-2013     **TIME:** 11:46:05
**RECEIVED OF:** BADGLEY BRAD           **MEMO:**
     **PART. ID:** 243
    **BY CLERK:** gt
     **CHECKS: A** 156062        $5.00
          A   156063        $5.00

| CASH | CREDIT | CHANGE | OTHER |
|------|--------|--------|-------|
| $0.00 | $0.00 | $0.00 | $0.00 |

| CASE NUMBER | EVENT | COURT/JUDGE | TAX NO. | AMOUNT |
|-------------|-------|-------------|---------|--------|
| 13-L-0090<br>POWERS VS CSX TRANSPORTATION<br>PARTY: BADGLEY BRAD | 2010 | PMT:CALSUM ALIAS SUMMONS | | $5.00 |
| 13-L-0091<br>CARRILLO VS CSX TRANSPORTATION<br>PARTY: BADGLEY BRAD | 2010 | PMT:CALSUM ALIAS SUMMONS | | $5.00 |
| | | **TOTAL RECEIPT...** | | $10.00 |

\* CHECK/CHEQUE IS CONDITIONAL PAYMENT
\* PENDING RECEIPT OF FUNDS FROM BANK. \*

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION

LEONARD ANTHONY CARRILLO,    )
    )
    Plaintiff,    )
    )
    vs.    )
    )
CSX TRANSPORTATION, INC.,    )    No.   13 L 91
THE CENTER FOR TOXICOLOGY AND    )
ENVIRONMENTAL HEALTH, L.L.C.,    )
PADUCAH & LOUISVILLE RAILWAY,    )
INC., P & L TRANSPORTATION, INC., and    )
FOUR RIVERS TRANSPORTATION, INC.,    )
    )
    Defendants.    )

```
FILED
ST. CLAIR COUNTY

MAR 0 5 2013

Natalie a. Clay
15                          CIRCUIT CLERK
```

### NOTICE OF FILING

**TO:**    There are no attorneys of record.

    PLEASE TAKE NOTICE that on the 4th day of March, 2013, we mailed to be filed with the Clerk of the Circuit Court of St. Clair County: *Proof of Service on Defendant Paducah & Louisville Railway, Inc.* a copy of which is attached and served upon you.

    CLIFFORD LAW OFFICES, P.C.
    120 North LaSalle Street, Suite 3100
    Chicago, Illinois 60602
    312/899-9090

### AFFIDAVIT OF SERVICE

    The undersigned, after being first duly sworn, deposes and says that she served this notice, together with a copy of the document therein referred by mailing a copy to all attorneys to whom this notice is directed, at their respective addresses, in the U.S. mail at 120 North LaSalle Street, Chicago, Illinois at 5:00 p.m. on the 4th day of March, 2013.

[X]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

Amount Claimed ___in excess of $50,000.00___

LEONARD ANTHONY CARRILLO

VS

CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc.

RECEIVED

FEB 25 2013

McCRACKEN CO.
SHERIFF'S DEPT.

Plaintiff(s)         Defendant(s)

Classification Prefix _____L_____ Code _02_____ Nature of Action _____LAW_____ Code __1___

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty _Brad L. Badgley_____ Code _00090131_ NAME _Paducah & Louisville Railway,_
Address _26 Public Square_____ _Inc._____
City _Belleville, IL  62220___ Phone _618-235-1000_ _Risk Management__
Add. Pltf. Atty _Clifford Law Offices P.C._ Code P.C. ADDRESS _200 Clark Street____

X       **SUMMONS**
To the above named defendant(s). . . . . . :
X                   CITY & STATE _Paducah, KY  42003_

[ ]  **A.** You are hereby summoned and required to appear before this court at (court location)_____at_____ M. On _____ 19___ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[X]  **B.** You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS,_____ _2-20-20 19 13___

Kahalah Clay
Clerk of Court   #13

BY DEPUTY:_____

**SEAL**

DATE OF SERVICE: _25  FEB  19 2013_
(To be inserted by officer on copy left with defendant or other person)

CC-MR-1

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |

FILED
ST. CLAIR COUNTY
MAR 0 5 2013
*Kahalah A. Clay*
CIRCUIT CLERK
15

(c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| P&L RAILWAY | TOM GARRETT | 2/25/13 |
| | | |

(d) - (Other service):

| SHERIFF'S FEES | |
|---|---|
| Service and return | $ |
| Miles | |
| Total | $ |

Sheriff of _McCracken_ County

13 , Deputy

Sheriff of _____ County



## CLIFFORD LAW OFFICES

Colin H. Dunn

March 6, 2013

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: CHD@CliffordLaw.com
www.CliffordLaw.com
www.CliffordAviation.com

***VIA FEDERAL EXPRESS***

Clerk of St. Clair County
Attn: Civil Division
10 Public Square
Belleville, Illinois 622220

FILED
ST. CLAIR COUNTY
MAR 7  2013
28
CIRCUIT CLERK

**RE:   Carrillo v. CSX Transportation, Inc., et al**
       **Court No.:** ~~13190~~   *13C 9/*
       **Our File No: 13-0005A**

To whom it may concern:

Enclosed please find a Notice of Filing and Proof of Service on Defendant CSX Transportation, Inc. plus copies. Please file-stamp same and return the file-stamped copies to me in the enclosed Federal Express envelope. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Colin H. Dunn

CHD/jmg
Enclosures

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION**

LEONARD ANTHONY CARRILLO,                    )
                                             )
                    Plaintiff,               )
                                             )
        vs.                                  )
                                             )     No.   13 L 91
CSX TRANSPORTATION, INC.,                    )
THE CENTER FOR TOXICOLOGY AND                )
ENVIRONMENTAL HEALTH, L.L.C.,                )
PADUCAH & LOUISVILLE RAILWAY,                )
INC., P & L TRANSPORTATION, INC., and        )
FOUR RIVERS TRANSPORTATION, INC.,            )
                                             )
                    Defendants.              )

**FILED**
ST. CLAIR COUNTY
MAR 7 ~ 2013
28
CIRCUIT CLERK

## NOTICE OF FILING

**TO:**   There are no attorneys of record.

        PLEASE TAKE NOTICE that on the 6th day of March, 2013, we mailed to be filed with the
Clerk of the Circuit Court of St. Clair County: *Proof of Service on Defendant CSX Transportation,*
*Inc.* a copy of which is attached and served upon you.

                            CLIFFORD LAW OFFICES, P.C.
                            120 North LaSalle Street, Suite 3100
                            Chicago, Illinois 60602
                            312/899-9090

## AFFIDAVIT OF SERVICE

        The undersigned, after being first duly sworn, deposes and says that she served this
notice, together with a copy of the document therein referred by mailing a copy to all attorneys to
whom this notice is directed, at their respective addresses, in the U.S. mail at 120 North LaSalle
Street, Chicago, Illinois at 5:00 p.m. on the 6th day of March, 2013.

[X]   Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that
      the statements set forth herein are true and correct.



SHERIFF'S OFFICE   COOK COUNTY
AFFIDAVIT   SERVICE



*00974161*

CASE NUMBER: 13L91                    MULT. SER.: 1          DOC. TYPE: SUMMONS
**DIE DATE: 3/8/2013**   RECEIVED DATE: 2/22/2013   FILED DATE: 2/20/2013   DIST: 657 SK   01

**DEFENDANT:**   CSX TRANSPORTATION   **PLAINTIFF:**   CARRILLO, LEONARD ANTHONY
                 1443 W BELMONT AVE   **ATTORNEY:**   BRAD L. BADGLEY
                 CHICAGO, IL 60657                    26  PUBLIC SQUARE   ST. CLAIR COUNTY FILED
                 #C                                   BELLEVILLE, IL 62220
ATTACHED FEE AMT:                                     618-235-1000               MAR 7 2013
SERVICE INFORMATION: RISK MANAGEMENT/CORP CREATIONS

FOREIGN

## I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

___   **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT
      PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

___   **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE
      DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS
      OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE
      SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____
      DAY OF _____ 20 ____

___   **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING
      "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

_X_   **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS,
      COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED
      AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION _X_ COMPANY ____
      BUSINESS ____ PARTNERSHIP ____

___   **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN
      VIEW.

___   **(6) S.O.S./D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE
      STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED
      ABOVE.  ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

___   **(7) CERTIFIED MAIL**
      **\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

___   **(8)** AND BY MAILING ON THE _____ DAY OF _____ 20____ A COPY OF THE THIRD PARTY
      GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS
      AS INDICATED IN THE NOTICE  WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY
      DEFENDANT.

## THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:

___   (01) NO CONTACT       ___   (05) WRONG ADDRESS        ___   (09) DECEASED
___   (02) MOVED            ___   (06) NO SUCH ADDRESS      ___   (10) NO REGISTERED AGENT
___   (03) EMPTY LOT        ___   (07) EMPLOYER REFUSAL     ___   (11) OUT OF COOK COUNTY
___   (04) NOT LISTED       ___   (08) CANCELLED BY PLAINTIFF ATTY ___   (12) OTHER REASON (EXPLAIN)
EXPLANATION: _____

WRIT SERVED ON: _TRENT DAVARO_
SEX: _M_   RACE: _W_   AGE: _35_
THIS _26_ DAY OF _FEB_ 20 _13_
TIME: _145_ AM/PM

THOMAS J. DART,
SHERIFF, BY: _____ 10008 _____, DEPUTY

| ATTEMPTED SERVICES | | |
|---|---|---|
| DATE | TIME (AM/PM) | STAR# |
| 26 FEB | 1 :45 | 10008 |
| | : | |
| | : | |
| | : | |

PPA507R

Case Number    13-L- 9 1

Amount Claimed    in excess of $5

**FOREIGN**

LEONARD ANTHONY CARRILLO

**RECEIVED**

MAR - 5 2013

CLIFFORD LAW OFFICES
FILE NO. 130003
ATTY.         CHD         Plaintiff(s)

CSX Transportation, Inc., The (
for Toxicology and Environment;
Health, LLC, Paducah & Louisvi
Railway, Inc., P & L Transport
vs  Inc., and Four Rivers Transportation,
Inc.

**DOCKETED**

MAR - 5 2013

CLIFFORD LAW OFFICES

Defendant(s)

Classification Prefix    L    Code    02    Nature of Action    LAW    Code 1

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Brad L. Badgley    Code 00090131 NAME    CSX Transportation, Inc.
Address  26 Public Square                                Risk Management/Corporate
City Belleville, IL 62220    Phone 618-235-1000    Creations
Add. Pltf. Atty. Clifford Law Offices, P.C.    ADDRESS    1443 W. Belmont Ave. #C

X                    SUMMONS
To the above named defendant(s)......:    CITY & STATE    Chicago, IL    60657
X

☐ A.  You are hereby summoned and required to appear before this court at

(court location)_____at_____M. On_____19___
to answer the complaint in this case, a copy of which is hereto attached.  If you fail to do so, a judgment by
default may be taken against you for the relief asked in the complaint.

☒ B.  You are hereby summoned and required to file an answer in this case or otherwise file your appear-
ance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day
of service.  If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in
the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service.  In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance.  If
service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS,_____2-20___20 13___

Nanalah Clay
Clerk of Court

**S E A L**

BY DEPUTY:_____

DATE OF SERVICE:_____,19____
(To be inserted by officer on copy left with defendant
or other person)

I certify that I served this summons on defendants as follows:

**(a) - (Individual defendants - personal):**
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**(b) - (Individual defendants - abode):**

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 10 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**(c) - (Corporation defendants):**

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**(d) - (Other service):**

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles_____ . . . . . . . . . . . _____ |
| Total. . . . . . . . . . . . . . . . . . . . . . . . $_____ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____County

_____, Deputy

State of Illinois )
County of St. Clair ) S.S.

Case Number ___13-L- 9 \___

Amount Claimed ___in excess of $50,000.00___

| LEONARD ANTHONY CARRILLO | CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc. |
|---|---|
| Plaintiff(s) | vs |
| | Defendant(s) |

Classification Prefix ___L___ Code ___02___ Nature of Action ___LAW___ Code ___1___

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. __Brad L. Badgley__ Code __00090131__ NAME
Address ___26 Public Square___
City __Belleville, IL 62220__ Phone __618-235-1000__
Add. Pltf. Atty. __Clifford Law Offices, P.C.__

CSX Transportation, Inc.
Risk Management/Corporate Creations
ADDRESS ___1443 W. Belmont Ave. #C___

X          **SUMMONS COPY**
To the above named defendant(s). . . . . . :
X

CITY & STATE ___Chicago, IL   60657___

[ ] **A.** You are hereby summoned and required to appear before this court at
(court location)_____ at _____ M. On_____19____
to answer the complaint in this case, a copy of which is hereto attached.  If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[X] **B.** You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

**TO THE OFFICER:**

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service.  In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance.  If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, ___2-20___ 19__13__

**SEAL**

BY DEPUTY: _____

_Clerk of Court_

DATE OF SERVICE: _____,19____
(To be inserted by officer on copy left with defendant or other person)

**NOTICE TO DEFENDANT IN SMALL CLAIMS UNDER $15,000- -SEE REVERSE SIDE**

CC-MR-1

### NOTICE TO DEFENDANTS (Pursuant to Supreme Court Rule)

In a civil action for money (under $15,000) in which the summons requires your appearance on a specified day, you may enter your appearance as follows:

1.   You may enter your appearance prior to the time specified in the summons by filing a written appearance, answer or motion in person or by attorney at the office of the Circuit Clerk, #10 Public Square, Belleville, Illinois.

2.   You may enter your appearance at the time and place specified in the summons by making your presence known to the Judge when your case is called.

When you appear in Court, the Judge will require you to enter your appearance in writing, if you have not already done so. Your written appearance, answer, or motion shall state with particularity the address where service of notice or papers may be made upon you or an attorney representing you.

Your case will be heard on the date set forth in the summons unless otherwise ordered by the Court. Only the Court can make this exception. Do not call upon the Court Clerk or the Sheriff's office if you feel you will be unable to be present at the time and place specified. Continuances can be granted only on the day set forth in the summons, and then only for good cause shown. You, or someone representing you, MUST APPEAR IN PERSON at the specified time and place and make such a request.

If you owe and desire to pay the claim of the plaintiff before the return date on the summons, notify the plaintiff or his attorney of your desire to do so. Request that he appear at the time specified and ask for the dismissal of the suit against you. Do not make such a request of the Court Clerk or the Sheriff, as only the Judge can dismiss a case, and, then only with a proper court order which must be entered in open Court.

# CLIFFORD LAW OFFICES



Colin H. Dunn

March 8, 2013

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: CHD@CliffordLaw.com
www.CliffordLaw.com
www.CliffordAviation.com

**VIA FEDERAL EXPRESS**

Clerk of St. Clair County
Attn: Civil Division
10 Public Square
Belleville, Illinois 622220

FILED
ST. CLAIR COUNTY

MAR 1 1 2013

*Nichelrah a. Clay*
CIRCUIT CLERK

1

> **RE:** **Carrillo v. CSX Transportation, Inc., et al**
> **Court No.: 13 L984-91**
> **Our File No: 13-0005A**

To whom it may concern:

Enclosed please find a Notice of Filing and Proof of Service on Defendant Four Rivers Transportation, Inc. plus copies. Please file-stamp same and return the file-stamped copies to me in the enclosed Federal Express envelope. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Colin H. Dunn

CHD/jmb
Enclosures

## IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS, LAW DIVISION

LEONARD ANTHONY CARRILLO,    )
    )
    Plaintiff,    )
    )
vs.    )
    )    No.  13 L 91
CSX TRANSPORTATION, INC.,    )
THE CENTER FOR TOXICOLOGY AND    )
ENVIRONMENTAL HEALTH, L.L.C.,    )
PADUCAH & LOUISVILLE RAILWAY,    )
INC., P & L TRANSPORTATION, INC., and    )
FOUR RIVERS TRANSPORTATION, INC.,    )
    )
    Defendants.    )

```
            FILED
      ST. CLAIR COUNTY

        MAR 1 1 2013

1
```

### NOTICE OF FILING

**TO:**    There are no attorneys of record.

PLEASE TAKE NOTICE that on the 8th day of March, 2013, we mailed to be filed with the Clerk of the Circuit Court of St. Clair County: *Proof of Service on Defendant Four Rivers Transportation, Inc.* a copy of which is attached and served upon you.

CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
312/899-9090

### AFFIDAVIT OF SERVICE

The undersigned, after being first duly sworn, deposes and says that she served this notice, together with a copy of the document therein referred by mailing a copy to all attorneys to whom this notice is directed, at their respective addresses, in the U.S. mail at 120 North LaSalle Street, Chicago, Illinois at 5:00 p.m. on the 8th day of March, 2013.

[X]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.



**Office of the Sheriff**
**New Castle County, Delaware**

Trinidad Navarro
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801
Office: 302-395-8450, Fax: 302-395-8460

3/5/2013

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                                    ) SS
NEW CASTLE COUNTY)

Court Case # 13-L091

FILED
ST. CLAIR COUNTY

MAR 1 1 2013

### LEONARD ANTHONY CARRILLO
#### vs
### FOUR RIVERS TRANSPORTATION, INC

Deane Cressman, being duly sworn, deposes that he/she is a Deputy Sheriff and avers
that he/she served upon and left personally upon Registered Agent Representative
**JEAN WAGNER** at **NEMOURS BUILDING 1007 ORANGE STREET SUITE 1414
WILMINGTON, DE 19801** on 3/4/2013 at 12:07 PM a copy of SUMMONS AND
COMPLAINT for **FOUR RIVERS TRANSPORTATION, INC**.

The Deponent further avers that he/she knew the person so served to be the same person
as mentioned in the Out of State document.

**Sheriff # 13-002161**

**Deane Cressman**
**DEPUTY SHERIFF**
**NEW CASTLE COUNTY**

STATE OF DELAWARE)
                                    ) SS
NEW CASTLE COUNTY)

**BE IT REMEMBERED** that on 3/5/2013 personally came before me, the
Subscriber, a Notary Public of the State of Delaware, Deane Cressman, a Deputy Sheriff
of New Castle County and State of Delaware, and stated that the facts stated above are
true and correct.

**SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

Notary Public

Case Number___**13-L-** ___9)___

Amount Claimed___**in excess of $50,000.00**___

| | |
|---|---|
| LEONARD ANTHONY CARRILLO | CSX Transportation, Inc., The Center for Toxicology and Environmental Health, LLC, Paducah & Louisville Railway, Inc., P & L Transportation, Inc., and Four Rivers Transportation, Inc. |
| Plaintiff(s) | Defendant(s) |

Classification Prefix ___**L**___ Code ___**02**___ Nature of Action___**LAW**___ Code___**1**___

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty.**Brad L. Badgley**___Code**00090131** NAME **Four Rivers Transportation, Inc**
Address ___**26 Public Square**___
City**Belleville, IL  62220**___Phone **618-235-1000**
Add. Pltf. Atty.**Clifford Law Offices**, P.C.      ADDRESS **Nemours Building, Suite 1414**
                                                    **1007 Orange Street**
   X          **SUMMONS**                           **Wilmington,**
To the above named defendant(s)......:       CITY & STATE   **Delaware   19807**
   X

☐ A. You are hereby summoned and required to appear before this court at

(court location)_____ at_____ M. On_____ 20 ___
to answer the complaint in this case, a copy of which is hereto attached.  If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service.  In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance.  If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____**2-20**___ 20 **13**

SEAL

BY DEPUTY:_____

DATE OF SERVICE:_____,20_____
(To be inserted by officer on copy left with defendant or other person)

CC-MR-1

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

| SHERIFF'S FEES | |
|---|---|
| Service and return _____$ | |
| Miles_____ . . . . . . . . . . . _____ | |
| Total. . . . . . . . . . . . . . . . . . . . . . .$ _____ | |
| | |
| Sheriff of _____County | |

_____, Sheriff of _____County

_____, Deputy