# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| LEONARD ANTHONY CARRILLO,    ) | Case No.: |
| ) | |
| PLAINTIFF,    ) | |
| ) | |
| v.    ) | |
| ) | |
| CSX TRANSPORTATION, INC.;    ) | |
| THE CENTER FOR TOXICOLOGY AND ) | |
| ENVIRONMENTAL HEALTH, LLC;    ) | |
| PADUCAH & LOUISVILLE RAILWAY,  ) | |
| INC.; P&L TRANSPORTATION, INC.;    ) | |
| and FOUR RIVERS TRANSPORTATION, ) | |
| INC.,    ) | |
| ) | |
| DEFENDANTS.    ) | |

## DECLARATION OF PAUL HITCHCOCK

I, Paul Hitchcock, declare as follows:

1.       I am Associate General Counsel and Corporate Secretary of CSX Transportation, Inc.

2.       CSX Transportation, Inc. is incorporated in Virginia and is headquartered in Jacksonville, Florida.  *See* CSX Transportation, Inc., 2013 Annual Report, Commonwealth of Virginia (Attach. 1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2̱0̱ 2013.

_Paul R. Hitchcock_
Paul Hitchcock

# ATTACHMENT 1

| SCC eFile | 2013 ANNUAL REPORT COMMONWEALTH OF VIRGINIA STATE CORPORATION COMMISSION | 213500725 |
|---|---|---|

**1.) CORPORATION NAME:**

**CSX Transportation, Inc.**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**CORPORATE CREATIONS NETWORK INC.**
**4445 CORPORATION LANE, 2ND FLOOR**
**VIRGINIA BEACH, VA 23462**

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**VIRGINIA BEACH CITY**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

DUE DATE: **1/31/2013**

SCC ID NO: **00503367**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 10,000,000 |

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:  500 WATER ST

CITY/ST/ZIP:  JACKSONVILLE, FL 32202

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**  All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | M J WARD<br>P/CEO<br>500 WATER ST<br>JACKSONVILLE, FL 32202 | X | X |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | FREDERIK ELIASSON<br>PRESIDENT<br>500 WATER ST.<br>JACKSONVILLE, FL 32202 | X | |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | DEAN PIACENTE<br>PRESIDENT<br>500 WATER ST<br>JACKSONVILLE, FL 32202 | X | |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | JOHN WEST<br>PRESIDENT<br>500 WATER ST<br>JACKSONVILLE, FL 32202 | X | |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | CLARENCE GOODEN<br>EXEC VP/CCO<br>500 WATER STREET<br>JACKSONVILLE, FL 32202 | X | X |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | GARY BETHEL<br>VICE PRESIDENT<br>500 WATER ST.<br>JACKSONVILLE, FL 32202 | X | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | DAVID A BOOR | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER STREET | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | CRESSIE BROWN | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | FRAN CHINNICI | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | WILLIAM CLEMENT | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER STREET | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | STEVE CRABLE | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | SKIP ELLIOTT | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | ELLEN FITZSIMMONS | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | NATHAN GOLDMAN | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, VA 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | NATHAN D GOLDMAN | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER STREET | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | W. KYLE HANCOCK | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | CARY HELTON | [X] | [ ] |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | CHRIS JENKINS | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | CRAIG KING | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | LISA MANCINI | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | JAMES MARKS | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | PETER K MILLS | X | |
| TITLE: | VP OF FIN-OPS/T | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | LESTER PASSA | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | MIKE PENDERGRASS | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | LOUIS RENJEL | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | CINDY SANBORN | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | CAROLYN SIZEMORE | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | OFFICER | DIRECTOR |
|---|---|---|---|
| NAME: | DERRICK SMITH | X | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | ☒ OFFICER | ☐ DIRECTOR |
|---|---|---|---|
| NAME: | MIKE SMITH | | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | ☒ OFFICER | ☐ DIRECTOR |
|---|---|---|---|
| NAME: | PAUL R HITCHCOCK | | |
| TITLE: | CORP SEC | | |
| ADDRESS: | 500 WATER STREET | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | ☒ OFFICER | ☐ DIRECTOR |
|---|---|---|---|
| NAME: | STEVEN ARMBRUST | | |
| TITLE: | ASST SECRETARY | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | ☒ OFFICER | ☐ DIRECTOR |
|---|---|---|---|
| NAME: | DAVID HOFFMAN | | |
| TITLE: | ASST SECRETARY | | |
| ADDRESS: | 500 WATER ST. | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | ☒ OFFICER | ☒ DIRECTOR |
|---|---|---|---|
| NAME: | OSCAR MUNOZ | | |
| TITLE: | EVP/CFO | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | ☒ OFFICER | ☐ DIRECTOR |
|---|---|---|---|
| NAME: | DIANA SORFLEET | | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

| | | ☒ OFFICER | ☐ DIRECTOR |
|---|---|---|---|
| NAME: | ANGELA WILLIAMS | | |
| TITLE: | VICE PRESIDENT | | |
| ADDRESS: | 500 WATER ST | | |
| CITY/ST/ZIP/CO: | JACKSONVILLE, FL 32202 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ PAUL R HITCHCOCK | PAUL R HITCHCOCK, CORP SEC | 1/7/2013 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.